IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-25CR0112-Z |
| DANIEL ANGEL SALINAS | |

INDICTMENT

The Grand Jury Charges:

Count One
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about September 9, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Daniel Angel Salinas**, defendant, a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is; a Glock, model 22, .40 caliber semiautomatic pistol, serial number MDF214, defendant knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Daniel Angel Salinas
Indictment - Page 1

Forfeiture Notice
(18 U.S.C. § 924(d), 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in Count One of this indictment, and pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), defendant, **Daniel Angel Salinas**, shall forfeit to the United States of America any firearm involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Glock, model 22, .40 caliber semiautomatic pistol, serial number MDF214; and any additional ammunition, magazines, and accessories recovered with the firearm.

A TRUE BILL:

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

DANIEL ANGEL SALINAS

INDICTMENT

COUNT 1:   CONVICTED FELON IN POSSESSION OF A FIREARM
Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE NOTICE
(1 COUNT)

A true bill rendered:

Amarillo _____ _____ Foreperson

Filed in open court this __23rd__ day of __October__ A.D. 2025.

_____ Clerk

ARREST WARRANT TO BE ISSUED

_____
UNITED STATES MAGISTRATE JUDGE